**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

James Millhouse,

    Plaintiff,

      v.                                Case No.   1:20cv598

V-Soft Consulting, *et al.*,                Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on April 2, 2021 (Doc. 27).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the R&R in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 27) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 27) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, plaintiff's *pro se* Motion for Default Judgment (Doc. 11) and defendants Purna Veer, Eric Holder, Lisa Hintz and Keith Giffney's Motion to Dismiss (Doc. 16) are **DENIED as moot.**

**IT IS SO ORDERED.**

                                                   /s/ *Michael R. Barrett*
                                                   Michael R. Barrett, Judge
                                                   United States District Court